## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BLUE CITI, LLC,

                         Plaintiff,

        v.

5BARZ INTERNATIONAL, INC.,

                        Defendant.

**Civil Action No.:**
**1:16-cv-09027-VEC**

**NOTICE OF CROSS MOTION
TO VACATE JUDGMENT
AND DISMISS COMPLAINT**

To: Law Office of Jeffrey Fleischmann PC
      Jeffrey Fleischmann, Esq.
      150 Broadway, Suite 900
      New York, NY 10038
      646.657.9623

**PLEASE TAKE NOTICE** that the undersigned attorney for Defendant

5BARZ International, Inc. hereby moves before the United States District Court,

Southern District of New York, for an Order to Vacate the Judgment against

defendant 5BARZ International, Inc. pursuant to F.R.C.P. 60(b)(4) as said

judgment is void because the underlying note imposes a rate of interest exceeding

25% per annum, violating New York Penal Law §190.40, and that the note is void

*ab initio*, as a matter of law, pursuant to New York G.O.L §5-511, and to Dismiss

Plaintiffs' complaint pursuant to Fed. Rule Civ. Pro, 12(c) with prejudice.

**PLEASE TAKE FURTHER NOTICE** that Defendant 5BARZ International Inc. will rely on the Brief and Declaration filed in support of this motion identified in the Certificate of Service.

A proposed form of Order is attached.

By:   /S/ Mark R. Basile
Mark R. Basile, Esq. (MB2201)
**THE BASILE LAW FIRM P.C.**
*Attorney for Defendant LD Holdings Inc.*
68 S. Service Rd., Ste. 100
Melville, New York, 11747
516.455.1500
(f) 631.498.0478
mark@thebasilelawfirm.com