UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BLUE CITI, LLC,

        Plaintiff,

        -against-

5BARZ INTERNATION INC.,
        Defendant.
-----------------------------------------------------------X

16 CIVIL 9027 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2018, Plaintiff's motion for summary judgment is granted; the Court awards Plaintiff $180,204.36 in damages, $116,950.00 in prejudgment interest, and $5,837.12 in attorneys' fees; all claims on which Plaintiff did not move for summary judgment (specifically,, Plaintiff's claims for conversion, for a permanent injunction, and for breach of the settlement agreement) are dismissed; accordingly, the case is closed.

Dated: New York, New York
       September 20, 2018

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON 9/20/2018