USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
BLUE CITI LLC,

                        Plaintiff,

            -against-

5BARZ INTERNATIONAL INC.,

                       Defendant.
------------------------------------------------------------- X

16-CV-9027 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2019, the Court granted Plaintiff's motion to appoint a receiver and directed the parties to confer regarding the to-be-appointed receiver's identity (Dkt. 118);

WHEREAS on February 14, 2020 Plaintiff requested that the Court appoint Andrew Levi as the receiver over Defendant 5Barz International, Inc. (Dkt. 119);

WHEREAS on February 18, 2020, Defendant submitted a letter opposing the appointment of Mr. Levi on the grounds that he was "not a good fit," and requested that the Court appoint Jonathan Perlman as the receiver (Dkt. 120);

IT IS HEREBY ORDERED THAT: No later than **February 21, 2020,** Plaintiff must submit a letter indicating whether Mr. Levi is available to commence work promptly and would be willing to reduce his hourly rate to $450.

**SO ORDERED.**

Date: February 18, 2020
      New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**