UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 16-CV-9027-VEC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/5/2020___

BLUE CITI, LLC,

     Plaintiff,

v.

5BARZ INTERNATIONAL, INC.,

     Defendant.

_____/

## RECEIVER'S EMERGENCY MOTION TO EXPAND RECEIVERSHIP

Andrew K. Levi, the court-appointed Receiver for 5BARZ International Inc. ("BARZ" or the "Receivership Defendant"), through undersigned counsel, respectfully moves pursuant to the February 18, 2020 Order appointing Receiver (ECF No. 123) for an order expanding the Receivership to include Cubera International, Inc., Cubera Management, Inc., and any other Cubera-affiliated entities (collectively "Cubera"). The relief requested is necessary and appropriate because the Receiver's ongoing investigation has indicated that the Receivership Defendant (and its affiliated entities) and the Cubera Entities are operated as one collective enterprise without due regard for corporate formalities. The Receivership Defendant and Cubera use the same office, and have the same employees and directors. Additionally, Cubera pays for the Receivership Defendant's expenses it wants to pay for and the Receivership Defendant owns part of Cubera.

The Cubera entities are either successors to the Receivership Defendant or the same entity as the Receivership Defendant's entity. More specifically, one of the Cubera entities **is the same company** as one of the Receivership Defendant's related entities, as it merely changed its name in October 2019, two months after Plaintiff Blue Citi moved to appoint a Receiver. Accordingly, it

is appropriate to immediately expand the receivership to include Cubera to preserve their assets and bring them under the Receiver's control.

## BACKGROUND

### I.      The Judgment Against the Receivership Defendant

On September 19, 2019, this Court awarded Plaintiff Blue Citi LLC ("Blue Citi") a judgment in the amount of $180,204.36 in damages, $116,950.00 in prejudgment interest, and $5,837.12 in attorneys' fees, totaling $302,991.48. (ECF Nos. 78-79). The Court then awarded additional attorney's fees in the sum of $5,552.50 by Order dated December 20, 2019, (see ECF No. 118), thereby increasing the judgment amount to $308,543.98 plus any applicable interest (the "Judgment").

### II.     The Court Appointed a Receiver over the Receivership Defendant

Blue Citi then moved for an order appointing a Receiver to administer, collect, or sell any real or personal property in which Defendant-Judgment Debtor BARZ has an interest and to do any other acts required to satisfy the Judgment. (ECF No. 105). The Court granted Blue Citi's motion on December 20, 2019 (ECF No. 118).

On February 18, 2020, this Court entered its Order appointing Andrew K. Levi as Receiver "of all of the real and personal property of BARZ…(collectively, the "Receivership Assets")" (the "Receiver Order") (ECF No. 123). The Receiver Order authorizes the Receiver to "take over immediate custody, possession, and control of BARZ, to collect any of BARZ's accounts,…to obtain control of bank accounts, leases, security deposits, and keys necessary to collect BARZ's assets, and to take any appropriate actions to satisfy the Judgment, including but not limited to obtaining copies of all books and records of any type or nature relating to or evidencing BARZ's interests or rights in any Receivership Assets, **including any entities in which BARZ has an**

**interest, including any entities that are identified after the date hereof** and BARZ's interests, equity, shares of stock, and accounts receivable **including those identified by BARZ in response to the information subpoena served upon it**…" *Id*. At 2. (emphasis added). In its response to the information subpoena, BARZ identified various entities it owns shares of, including 5Barz Technology Holdings. (Receiver Decl., ¶ 3; ECF No. 103-1 at Answer to #9).

The Receiver Order also provides that the Receiver is "to identify by its review of the relevant books and records, and any other source of information, any entity in which BARZ has an interest, whether partial or impartial, and whether direct or indirect, and to include any such entity as part of the Receivership Assets." (ECF No. 123 at 3). The Receiver Order further provides that "the Receiver may at any time apply to this Court for further instructions and orders related to this Order and for additional powers necessary to enable the Receiver to perform the Receiver's duties properly at any time on noticed motion…" (ECF No. 123 at 5).

### III. Corporate Records Confirm Cubera Entities are Either the Same as the Receivership Defendant or Successor Entities.

Immediately after his appointment, the Receiver commenced investigating the Receivership Defendant's affairs and discovered that the Receivership Defendant and Cubera are related entities, are operated as one collective enterprise without due regard for corporate formalities, and have the same employees and directors. (Receiver Decl., ¶ 5).

The Receiver's review of the public corporate records for the Receivership Defendant showed that the Receivership Defendant was incorporated in Nevada on November 14, 2008. (*Id*., ¶¶ 6-7). The Nevada corporate records show that the registered agent of the Receivership Defendant in Nevada is Nevada Business Services, located at 1805 N. Carson Street, Suite X, Carson City, NV, 89701, and that the registered agent individuals with authority to act are Ellen Ramsey and/or Clinton Reeves. (*Id*., ¶ 8). The Receivership Defendant was registered in Florida

on March 6, 2014. (*Id*., ¶ 9). When the Receivership Defendant was registered in Florida on March 6, 2014, it listed Gil Amelio and Daniel Bland as directors, and Daniel Bland as president, secretary, and treasurer. (*Id*., ¶ 10). The last filed corporate document for the Receivership Defendant in Florida is dated June 13, 2019, and shows that its principal place of business and current mailing address is located at 78 SW 7th Street, Ste. 09-149, Miami, Florida 33130, and that Gil Amelio and Daniel Bland are directors, and Daniel Bland is CEO and CFO. (*Id*., ¶ 11).

The Receiver also reviewed the public corporate records for the Cubera entities. (*Id*., ¶ 12). Cubera International, Inc. was formed in Nevada on December 17, 2019, four months after Blue Citi moved to appoint a receiver, and a mere three days before this Court granted the motion to appoint a receiver. (*Id*., ¶ 13). The current directors of Cubera International, Inc. are Daniel Bland, Gil Amelio, and Samartha Nagabhushanam, and Daniel Bland is the current president. (*Id*., ¶ 14). The current addresses for these directors according to Cubera International, Inc.'s corporate filing is 78 SW 7th Street, Suite 09-149, Miami, Florida 33130.  (*Id*., ¶ 15). While a Florida office address (the same as the one for the Receivership Defendant) is provided for Cubera International, Inc.'s directors, Cubera International, Inc. is not registered to do business in Florida. (*Id*., ¶ 16).

The Receiver found another Cubera entity: Cubera Management Inc. (*Id*., ¶ 17). Cubera Management Inc. was formed in Nevada on March 7, 2016.  (*Id*., ¶ 18). Daniel Bland is Cubera Management, Inc.'s director, president, secretary and treasurer. (*Id*., ¶ 19). The Nevada corporate records show that the registered agent of Cubera Management, Inc. is Nevada Business Services, located at 1805 N. Carson Street, Suite X, Carson City, NV, 89701, and that the registered agent individuals with authority to act are Ellen Ramsey and/or Clinton Reeves. (*Id*., ¶ 20). A corporation by the same name (Cubera Management, Inc.) was incorporated as a Florida corporation on June 28, 2017. (*Id*., ¶ 21). The Articles of Incorporation for Cubera Management, Inc. show that the

corporation was originally named 5Barz Technology Holdings Inc., and had a principal place of business address listed at 1805 N. Carson Street, Suite X, Carson City, NV 89701. (*Id*., ¶ 22). The Articles of Incorporation listed Mark Geoghegan as its registered agent and director, and Daniel Bland as its CEO. (*Id*.). 5Barz Technology Holdings, Inc. changed its name to Cubera Management, Inc. on October 29, 2019. (*Id*., ¶ 23). The amendment lists Cubera Management, Inc.'s principal and mailing addresses at 78 SW 7th Street, Suite 09-149, Miami, Florida 33130. (*Id*.). The amendment is signed by Daniel Bland as CEO and director. (*Id*.). The last report filed by Cubera Management, Inc. lists 78 SW 7th Street, Suite 09-149, Miami, Florida 33130 as its principal place of business, mailing address, and address of its registered agent Mark Geoghegan, and lists Daniel Bland as CEO, Mark Geoghegan as CFO, and Gil Amelio as chairman. (*Id*., ¶ 24).

Significantly, in response to the Information Subpoena, the Receivership Defendant stated it owned shares of 5Barz Technology Holdings. (*Id*., ¶ 25; ECF No. 103-1 at Answer to #9). Since 5Barz Technology Holdings changed its name to Cubera Management, Inc. on October 29, 2012 (two months after Blue City moved to appoint the Receiver), the result is that the Receivership Defendant now owns shares of Cubera Management, Inc., and Cubera Management, Inc. is a receivership asset. (Receiver Decl., ¶ 25). The corporate records show the intricate web formed by the Receivership Defendant and its related entities, and Cubera. (*Id*., ¶ 26, Exhibit K).

Additionally, internet chatter relating to the Receivership Defendant and Cubera raises concerns. Five days after appointment of the Receiver, the internet chatter describes Receivership Defendant shares that are being exchanged for Cubera shares (Receiver Decl., ¶ 27):

- "Have you not noticed that Cubera shares have shown up in your account? I'm shocked no one has posted anything about this yet. I own 5barz stock like the rest of you, and Cubera shares have shown up in my account. Time to start digging on Cubera guys, and find out what we can. Clearly this is Bland's and Gil's plan being executed (at least in the very early stages) that they mentioned on the conference call several months ago." (*Id*.).

- "You probably don't recognize the shares. They are listed under a CUSSIP number where the stock symbol is normally listed on your account page. Check again. The CUSSIP number on mine (I'm in the USA) have "CNT" in the number. I have/had BARZ in 3 different accounts and the shares showed up in all three. Anyway, hope that helps others. That link is a great find! Nice digging rogue, well  done. Looks like currently it's a private company in India, but it's clearly showing it's linked to 5BARZ in some way. (*Id*.).

- "You are correct Sir, now in one of my accounts I see some Cubera shares, cusip ending with 3105. The other account doesn't display the cusip number but there is a new 5barz holding saying 'XXX SUBMITTED FOR SPINOFF', with a recent Corp Action transaction as of 01/29/2020." (*Id*.).

- "But it does look like a reverse split of 1:13, still, better than nothing" (*Id*.).

Additionally, Cuberatech India Private Limited appears to be related to 5Barz India Private Limited. (*Id*., ¶ 28). An individual named Padmanbharao is a director of both Cuberatech India Private Limited and 5Barz India Private Limited. (*Id*.). 5Barz India Private Limited is owned, in whole or in part, by the Receivership Defendant as admitted by the Receivership Defendant in its response to the subpoena.  (*Id*., ¶ 29).

## IV. The Receivership Defendant and Cubera Use the Same Office, have the Same Employees and Directors, the Receivership Defendant Owns Part of Cubera and Cubera Pays Receivership Defendant's Expenses.

On February 24, 2020, the Receiver interviewed Mark Geoghegan who stated he was a financial consultant for the Receivership Defendant,[1] and Veronika Turaeva who stated she was a consultant, bookkeeper, and internal accountant for the Receivership Defendant. (*Id*., ¶ 30). During the interview, Mr. Geoghegan and Ms. Turaeva stated the following:

- Cubera International, Inc. was incorporated in Nevada and is a technology company which has no debts. (*Id*., ¶ 31).

- Cubera International, Inc. is the parent company and owns 2 subsidiaries: (1) Cubera Tech India, and (2) Cubera Management, Inc. (*Id*.). Cubera Management, Inc. pays certain expenses of the Receivership Defendant as more fully described below. (*Id*.).

---

[1] The corporate records described above, however, list Mr. Geoghegan as Director of Finance for the Receivership Defendant, and CFO of Cubera Management, Inc. (Receiver Decl., ¶ 30, N.1).

- 5Barz and Cubera have the same office located at a WeWork. (*Id.*). The address of the shared office is 78 SW 7th Street, Ste. 09-149, Miami, Florida 33130. (the "Shared Office"). (*Id.*).

- The Receivership Defendant and Cubera have overlapping directors and employees. Two out of the three directors in Cubera are directors in the Receivership Defendant: Daniel Bland and Gil Amelio. (*Id.*). Mr. Geoghegan is a financial consultant for both the Receivership Defendant and Cubera. (*Id.*). Everything Mr. Geoghegan and Ms. Turoeva do for the Receivership Defendant, they also do for Cubera. (*Id.*). Employees of 5Barz India Private Ltd. (which is 99.9% owned by the Receivership Defendant) are currently working for Cubera India while the Receivership Defendant "cleans up." (*Id.*). These employees in India are working for a company called "Cubera Tech" which was incorporated about a month ago to sell wifi products. (*Id.*).

- Cubera is "fulfilling an agreement" with 5Barz India selling routers. (*Id.*).

- The Receivership Defendant owns 20% of the shares of Cubera. (*Id.*).[2]

- Cubera pays for certain expenses of the Receivership Defendant. (*Id.*). For example, Cubera International, Inc. pays rent for the Receivership Defendant's and Cubera's Shared Office. (*Id.*). Cubera paid Mr. Geoghegan who performs work as a consultant to both the Receivership Defendant and Cubera. (*Id.*). Cubera also paid for Mr. Basile's (the Receivership Defendant's attorney in this matter) fees. (*Id.*). Daniel Bland, who is the President of both Cubera International, Inc. and Cubera Management, Inc. instructed Ms. Turaeva to have Cubera pay for Mr. Basile's fees. (*Id.*).

- Ms. Turaeva claims that when Cubera pays for a Receivership Defendant's expense, the expense is recorded in the Receivership Defendant's ledger as a liability to Cubera. (*Id.*). However, there is no formal arrangement between the Receivership Defendant and Cubera for Cubera's payment for the Receivership Defendant's expenses. (*Id.*). Mr. Bland decides which ones of the Receivership Defendant's expenses Cubera pays for. (*Id.*).

- Cubera obtains funds used to pay the Receivership Defendant's expenses from the private placement of convertible notes. (*Id.*). The Receivership Defendant also raised money from Blue Citi through the sale of a convertible note. (ECF No. 1 at 1).

- Cubera is in the midst of an over $20 million financing. (Receiver Decl., ¶ 31).

---

[2] It is important to note that the Receivership Defendant **did not** list Cubera in its response to the Information Subpoena. (*Id.*, ¶ 31, N.2).

According to the Receivership Defendant's records, from December 23, 2019 to February 11, 2020, Cubera paid over $60,000 of expenses for the Receivership Defendant, including: (*Id.*, ¶ 32).

- $5,000 to Daniel Bland. (*Id.*).[3]

- $2,500 to "Bowman Blue LLC (Alex Carvalho)"[4] (*Id.*).

- $35,000 to 5Barz India Private Limited. (*Id.*). As explained above, employees of 5Barz India Private Ltd. are currently working for Cubera India. (*Id.*). So in effect, Cubera is paying 5Barz India Private Ltd. (a Receivership Defendant entity) on the Receivership's entity behalf while these employees perform services for Cubera India. (*Id.*).

- $10,000 to The Basile Law Firm.[5] (*Id.*).

- $4,200 directly to the Receivership Defendant. (*Id.*).

As shown above, Cubera and the people who control it (the same people who control the Receivership Defendant) pick and choose which Receivership Defendant's expenses Cubera pays. These payments further confirm that the Cubera entities are both the same entity as one of the Receivership Defendant's entities, and the successor entities to the Receivership Defendant.

## ARGUMENT

The Receiver seeks to expand the receivership to include Cubera, so that the Receiver may take possession and control over Cubera's records and assets. The inclusion of Cubera in the

---

[3] Daniel Bland is a director of the Receivership Defendant, Cubera International, Inc., and Cubera Management, Inc. (registered in Nevada), and also president of the Receivership Defendant, officer of Cubera International, Inc., president, secretary, and treasurer of Cubera Management, Inc. (registered in Nevada), and CEO of Cubera Management, Inc. (registered in Florida). (Receiver Decl., ¶ 31, N.3).

[4] According to Mr. Geoghegan, Alex Carvalho was engaged by the Receivership Defendant to "deal with" its $10 million in debt, and works out of the office shared by the Receivership Defendant and Cubera. (*Id.*, ¶ 31, N.4).

[5] Mr. Basile is counsel of record for the Receivership Defendant. (*Id.*, ¶ 31, N.5).

receivership estate will facilitate the administration of the assets and, importantly, will allow the Receiver to preserve and improve the assets for the benefit of the Judgment Creditor.

Notably, this Court's Receiver Order contemplates the expansion of the receivership. The Order expressly states the Receiver is "to identify…any entity in which BARZ has an interest, whether partial or impartial, and whether direct or indirect, and to include any such entity as part of the Receivership Assets" and  "the Receiver may at any time apply to this Court for further instructions and orders related to this Order and for additional powers necessary to enable the Receiver to perform the Receiver's duties properly at any time on noticed motion…" (ECF No. 123 at 3, 5). As explained above, one of the Cubera entities owned by the Receivership Defendant (Cubera Management, Inc.) **is a receivership asset that merely changed its name**. The other Cubera entities and the Receivership Defendant are operated as one collective enterprise without due regard for corporate formalities and should be part of the Receivership estate.

It is well-settled that upon a motion of a receiver, a district court may order entities to be consolidated or brought into an existing receivership, notwithstanding purported corporate formalities at the entities' creation. *See SEC v. Elmas Trading Corp.*, 620 F. Supp. 231, 232-241 (D. Nev. 1985) (receivership expanded to include numerous corporations where there was extensive commingling, personal use of corporate assets, inadequate records, common control and shared business addresses), aff'd, 805 F.2d 1039 (9th Cir. 1986). The key goal behind a proposed receivership expansion should be "to ensure that all available assets are brought within the Receivership and may then be properly distributed to creditors." *Id*. at 234.

A corporate entity may be disregarded under federal law "in the interests of public convenience, fairness, and equity..." *Id*. Although piercing the corporate veil principles may be

considered in determining whether to expand a receivership, "[f]ederal analysis gives less respect to the corporate form than does the strict common-law alter ego doctrine."[6] *Id.*

*Elmas* is particularly instructive concerning the expansion of a receivership. In granting the receiver's motion to bring several entities into a Receivership, the *Elmas* court applied a flexible, yet comprehensive approach, and discussed the following considerations, among others: failure to observe corporate formalities, the insolvency of the debtor corporation at the time; the identity of the officers and directors of the two entities; the use of the corporate entity to procure labor or services for another entity; a similar business location; and utilizing the same address and keeping books and records at the same office. *Id.*, at 233-40. In *Elmas*, the court stressed that the approach in determining whether the corporate entity should be disregarded was necessarily "flexible" where the primary objective was to "ensure that all available assets are brought within the Receivership and may then be properly distributed to creditors." *Id.*

Here, the Receivership Defendant and Cubera entities are operated as one collective enterprise without due regard for corporate formalities. The Receivership Defendant and Cubera use the same office, and have the same employees and directors. Additionally, Cubera pays for the

---

[6] Even if the Court were to consider piercing the corporate veil, many of the factors to be considered in piercing the corporate veil are present here: failure to observe corporate formalities, the insolvency of the debtor corporation at the time, use of the same office or business location by the corporation and its individual stockholders, and the fact that the corporation is merely a facade for the operations of the dominant stockholder or stockholders. *Elmas Trading Corp*., 620 F. Supp. at 233-34. Consideration can also be given to: the comingling of funds and other assets, the unauthorized diversion of funds or assets to other than corporate purposes, the identity of the officers and directors of the two entities, or of the supervision and management, the absence of corporate assets, the use of a corporation as a mere shell, instrumentality or conduit for the business of another corporation, and the use of the corporate entity to procure labor, services, or merchandise for another person or entity. *Id*. at 234. The conclusion to disregard the corporate entity does not, however, rest on a single factor, but often involves a consideration of the mentioned factors; the particular situation must generally present an element of injustice or fundamental unfairness. *Id*.

Receivership Defendant's expenses it wants to pay for, and the Receivership Defendant owns part of Cubera.   Notably, one of the Cubera entities **is the same company** as a Receivership Defendant's related entity, as it merely changed its name in October 2019, two months after Plaintiff Blue Citi moved to appoint a Receiver.

Because (1) the Court has the authority to expand the receivership to include Cubera, and (2) expansion of the receivership is necessary for the protection of the receivership estate, the Receiver respectfully requests that this Court modify the Receiver Order to expand the Receivership to include the Cubera entities.

Dated: March 4, 2020

Respectfully submitted,

MARK MIGDAL & HAYDEN LLC
For Andrew K. Levi, Receiver
80 SW 8th Street
Suite 1999
Miami, FL 33130
Telephone: 305-374-0440

Defendant must file a response by **March 18, 2020** indicating why the Court should not modify the Receiver Order to expand the Receivership to include the Cubera entities.

SO ORDERED.

By:     s/ *Etan Mark*
        Etan Mark, Esq.
        New York Bar No. 4240214
        Florida Bar No. 720852
        etan@markmigdal.com
        eservice@markmigdal.com

HON. VALERIE CAPRONI        3/5/2020
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic filing with the Clerk of the Court using the CM/ECF System that will send a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service in this action. Additionally, a true and correct copy of the foregoing was served via email on all parties on the attached Service List this 4th day of March 2020.

By: s/ *Etan Mark*

## <u>SERVICE LIST</u>

Jeffrey Fleischmann
Law Offices of Jeffrey Fleischmann, PC
32 Broadway, Suite 1710
New York, NY 10004
(646) 657-9623
Fax: (646) 351-0694
Email: jf@lawjf.com
*Counsel for Plaintiff*

Martin Alan Shell
The Shell Law Firm, PLLC
11 Broadway, Suite 615
New York, NY 10004
(646)-616-3983
Fax: (212)-480-8560
Email: mshell@shelllawfirm.com
*Counsel for Defendant*

Mark R. Basile
The Basile Law Firm
400 Jericho Turnpike, Suite 104
Jericho, NY 11753
(516) 455-1500
Fax: (631) 499-0478
Email: mark@thebasilelawfirm.com
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 16-CV-9027-VEC

BLUE CITI, LLC,

      Plaintiff,

v.

5BARZ INTERNATIONAL, INC.,

      Defendant.

_____/

**DECLARATION OF RECEIVER ANDREW K. LEVI IN SUPPORT OF RECEIVER'S
EMERGENCY MOTION TO EXPAND RECEIVERSHIP**

      ANDREW K. LEVI, hereby declares, under penalty of perjury in accordance with 28
U.S.C. § 1746, as follows:

      1.     My name is Andrew K. Levi. I am over twenty-one years of age. I submit this
Declaration based on my own personal knowledge and documentary evidence in support of the
Receiver's Emergency Motion to Expand Receivership.

      2.     On February 18, 2020, I was appointed by this Court as Receiver (the "Receiver")
"of all of the real and personal property of" 5Barz International, Inc. ("BARZ" or the
"Receivership Defendant") (ECF No. 123). The Receiver Order authorizes the Receiver to "take
over immediate custody, possession, and control of BARZ, to collect any of BARZ's accounts,…to
obtain control of bank accounts, leases, security deposits, and keys necessary to collect BARZ's
assets, and to take any appropriate actions to satisfy the Judgment, including but not limited to
obtaining copies of all books and records of any type or nature relating to or evidencing BARZ's
interests or rights in any Receivership Assets, **including any entities in which BARZ has an
interest, including any entities that are identified after the date hereof** and BARZ's interests,

equity, shares of stock, and accounts receivable **including those identified by BARZ in response to the information subpoena served upon it**…" *Id*. At 2. (emphasis added).

3. In its response to the information subpoena, BARZ identified various entities it owns shares of, including 5Barz Technology Holdings. (ECF No. 103-1 at Answer to Question #9).

4. The Receiver Order also provides that the Receiver is "to identify by its review of the relevant books and records, and any other source of information, any entity in which BARZ has an interest, whether partial or impartial, and whether direct or indirect, and to include any such entity as part of the Receivership Assets." (ECF No. 123 at 3). The Receiver Order further provides that "the Receiver may at any time apply to this Court for further instructions and orders related to this Order and for additional powers necessary to enable the Receiver to perform the Receiver's duties properly at any time on noticed motion…" *Id*. at 5.

5. Immediately after my appointment as Receiver, I commenced investigating the Receivership Defendant's affairs. I discovered that the Receivership Defendant and various entities named Cubera, including Cubera International, Inc. and Cubera Management (collectively "Cubera") are related entities, are operated as one collective enterprise without due regard for corporate formalities, and have the same employees and directors.

**The Receivership Defendant**

6. I reviewed public corporate records for the Receivership Defendant.

7. These records show that the Receivership Defendant was incorporated in Nevada on November 14, 2008. Attached hereto as Exhibit A is a true and correct copy of the entity information for the Receivership Defendant from the State of Nevada Secretary of State website.

8.      The Nevada corporate records show that the registered agent of the Receivership Defendant in Nevada is Nevada Business Services, located at 1805 N. Carson Street, Suite X, Carson City, NV, 89701, and that the registered agent individuals with authority to act are Ellen Ramsey and/or Clinton Reeves. *See* Exhibit A.

9.      The Receivership Defendant was registered in the State of Florida on March 6, 2014. Attached hereto as Exhibit B is a true and correct copy of the corporate registration information for the Receivership Defendant from the State of Florida Division of Corporations website.

10.      When the Receivership Defendant was registered in Florida on March 6, 2014, it listed Gil Amelio and Daniel Bland as directors, and Daniel Bland as president, secretary, and treasurer. Attached hereto as Exhibit C is a true and correct copy of the registration document for the Receivership Defendant from the State of Florida Division of Corporations website.

11.      The last filed corporate document for the Receivership Defendant in Florida is dated June 13, 2019, and shows that its principal place of business and current mailing address is located at 78 SW 7th Street, Ste. 09-149, Miami, Florida 33130, and that Gil Amelio and Daniel Bland are directors, and Daniel Bland is CEO and CFO. Attached hereto as Exhibit D is a true and correct copy of the document filed by the Receivership Defendant on June 13, 2019, from the State of Florida Division of Corporations website.

**The Cubera Entities**

12.      I also reviewed the public corporate records for the Cubera entities.

a. Cubera International, Inc.

13.      Cubera International, Inc. was formed in Nevada on December 17, 2019, four months after Blue Citi moved to appoint a receiver, and a mere three days before this Court granted

the motion to appoint a receiver. Attached hereto as Exhibit E is a true and correct copy of the of the entity information for Cubera International, Inc. from the State of Nevada Secretary of State website. *See also* ECF No. 105 (Motion to Appoint Receiver filed on August 2, 2019); ECF No. 123 (Order appointing Receiver).

14.     The current directors of Cubera International, Inc. are Daniel Bland, Gil Amelio, and Samartha Nagabhushanam, and Daniel Bland is the current president. *See* Exhibit E.

15.     The current addresses for these directors according to Cubera International, Inc.'s corporate filing is 78 SW 7th Street, Suite 09-149, Miami, Florida 33130. *See* Exhibit E.

16.     While a Florida office address (the same as the one for the Receivership Defendant) is provided for Cubera International, Inc.'s directors, Cubera International, Inc. is not registered to do business in Florida.

b. Cubera Management Inc. (Nevada)

17.     I found another Cubera entity: Cubera Management Inc.

18.     Cubera Management Inc. was formed in Nevada on March 7, 2016. Attached hereto as Exhibit F is a true and correct copy of the entity information for Cubera Management Inc. from the State of Nevada Secretary of State website.

19.     Daniel Bland is Cubera Management, Inc.'s director, president, secretary and treasurer. *See* Exhibit F.

20.     The Nevada corporate records show that the registered agent of Cubera Management, Inc. is Nevada Business Services, located at 1805 N. Carson Street, Suite X, Carson City, NV, 89701, and that the registered agent individuals with authority to act are Ellen Ramsey and/or Clinton Reeves. *See* Exhibit F.

c. Cubera Management, Inc. (Florida) (previously 5Barz Technology Holdings, Inc.)

21.     A corporation by the same name (Cubera Management, Inc.) was incorporated as a Florida corporation on June 28, 2017. Attached hereto as Exhibit G is a true and correct copy of the entity information for Cubera Management, Inc. from the State of Florida Division of Corporations website. Florida assigned number P17000056779 to this corporation. *See* Exhibit G.

22.     The articles of incorporation for the entity now-named Cubera Management, Inc. (entity number P17000056779) show that the corporation was originally named 5Barz Technology Holdings Inc., and had a principal place of business address listed at 1805 N. Carson Street, Suite X, Carson City, NV 89701. Attached hereto as Exhibit H is a true and correct copy of the Electronic Articles of Incorporation for 5Barz Technology Holdings, Inc., entity number P17000056779, from the State of Florida Division of Corporations website. The articles of incorporation listed Mark Geoghegan as its registered agent and director, and Daniel Bland as its CEO. *See* Exhibit H.

23.     5Barz Technology Holdings, Inc. changed its name to Cubera Management, Inc. on October 29, 2019. The amendment lists Cubera Management, Inc.'s principal and mailing addresses at 78 SW 7th Street, Suite 09-149, Miami, Florida 33130. The amendment is signed by Daniel Bland as CEO and director. Attached hereto as Exhibit I is a true and correct copy of the Articles of Amendment for entity number P17000056779, from the State of Florida Division of Corporations website.

24.     The last report filed by Cubera Management, Inc., entity P17000056779, lists 78 SW 7th Street, Suite 09-149, Miami, Florida 33130 as its principal place of business, mailing address, and address of its registered agent Mark Geoghegan, and lists Daniel Bland as CEO, Mark Geoghegan as CFO, and Gil Amelio as chairman. Attached hereto as Exhibit J is a true and correct

copy of the Florida Profit Corporation Amended Annual Report for Cubera Management, Inc. entity number P17000056779, from the State of Florida Division of Corporations website.

25.     Significantly, in response to the Information Subpoena, the Receivership Defendant stated it owned shares of 5Barz Technology Holdings. (ECF No. 103-1 at Answer to #9). Since 5Barz Technology Holdings changed its name to Cubera Management, Inc. on October 29, 2012 (two months after Blue City moved to appoint the Receiver), the result is that the Receivership Defendant now owns shares of Cubera Management, Inc., and Cubera Management, Inc. is a receivership asset.

**The Receivership Defendant and the Cubera Entities are Operated as One Enterprise**

26.     Attached is Exhibit K, which is a chart based on the publicly-available corporate records as described above. The chart summarizes the intricate web formed by the Receivership Defendant and its related entities, and the Cubera entities.

27.     Five days after my appointment as Receiver, the internet chatter described Receivership Defendant shares being exchanged for Cubera shares. Attached hereto as Exhibit L is a composite of true and correct copies of postings I found on Investors Hub's website relating to the Receivership Defendant and Cubera:

- "Have you not noticed that Cubera shares have shown up in your account? I'm shocked no one has posted anything about this yet. I own 5barz stock like the rest of you, and Cubera shares have shown up in my account. Time to start digging on Cubera guys, and find out what we can. Clearly this is Bland's and Gil's plan being executed (at least in the very early stages) that they mentioned on the conference call several months ago."

- "You probably don't recognize the shares. They are listed under a CUSSIP number where the stock symbol is normally listed on your account page. Check again. The CUSSIP number on mine (I'm in the USA) have "CNT" in the number. I have/had BARZ in 3 different accounts and the shares showed up in all three. Anyway, hope that helps others. That link is a great find! Nice digging rogue, well done. Looks like currently it's a private company in India, but it's clearly showing it's linked to 5BARZ in some way.

- "You are correct Sir, now in one of my accounts I see some Cubera shares, cusip ending with 3105. The other account doesn't display the cusip number but there is a new 5barz holding saying 'XXX SUBMITTED FOR SPINOFF', with a recent Corp Action transaction as of 01/29/2020."

- "But it does look like a reverse split of 1:13, still, better than nothing"

28.     I also found a website showing that Cuberatech India Private Limited appears to be related to 5Barz India Private Limited. Attached hereto as Exhibit M is a true and correct copy of snapshots of a website called INSTAFinancials. Further, an individual named Padmanbharao is a director of both Cuberatech India Private Limited and 5Barz India Private Limited. *See* Exhibit M.

29.     5Barz India Private Limited is owned, in whole or in part, by the Receivership Defendant as admitted by the Receivership Defendant in its response to the subpoena. (ECF No. 103-1 at Answer to Question #9).

30.     On February 24, 2020, I interviewed Mark Geoghegan who stated he was a financial consultant for the Receivership Defendant,[1] and Veronika Turaeva who stated she was a consultant, bookkeeper, and internal accountant for the Receivership Defendant. The interview took place in a conference room at the WeWork located at 78 SW 7th Street, Miami, Florida.

31.     During the interview, Mr. Geoghegan and Ms. Turaeva stated the following:

- Cubera International, Inc. was incorporated in Nevada and is a technology company which has no debts.

- Cubera International, Inc. is the parent company and owns 2 subsidiaries: (1) Cubera Tech India, and (2) Cubera Management, Inc. Cubera Management, Inc. pays certain expenses of the Receivership Defendant as more fully described below.

- 5Barz and Cubera have the same office located at a WeWork. The address of the shared office is 78 SW 7th Street, Ste. 09-149, Miami, Florida 33130. (the "Shared Office").

---

[1] The corporate records described above, however, list Mr. Geoghegan as Director of Finance for the Receivership Defendant, and CFO of Cubera Management, Inc. *See* Exhibits B and G.

- The Receivership Defendant and Cubera have overlapping directors and employees. Two out of the three directors in Cubera are directors in the Receivership Defendant: Daniel Bland and Gil Amelio. Mr. Geoghegan is a financial consultant for both the Receivership Defendant and Cubera. Everything Mr. Geoghegan and Ms. Turoeva do for the Receivership Defendant, they also do for Cubera. Employees of 5Barz India Private Ltd. (which is 99.9% owned by the Receivership Defendant) are currently working for Cubera India while the Receivership Defendant "cleans up." These employees in India are working for a company called "Cubera Tech" which was incorporated about a month ago to sell Wi-Fi products.

- Cubera is "fulfilling an agreement" with 5Barz India selling routers.

- The Receivership Defendant owns 20% of the shares of Cubera.[2]

- Cubera pays for certain expenses of the Receivership Defendant. For example, Cubera International, Inc. pays rent for the Receivership Defendant's and Cubera's  Shared Office. Cubera paid Mr. Geoghegan who performs work as a consultant for both the Receivership Defendant and Cubera. Cubera also paid for Mr. Basile's (the Receivership Defendant's attorney in this matter) fees. Daniel Bland, who is the President of both Cubera International, Inc. and Cubera Management, Inc. instructed Ms. Turaeva to have Cubera pay for Mr. Basile's fees.

- Ms. Turaeva claims that when Cubera pays for a Receivership Defendant's expense, the expense is recorded in the Receivership Defendant's ledger as a liability to Cubera. However, there is no formal arrangement between the Receivership Defendant and Cubera for Cubera's payment for the Receivership Defendant's expenses. Mr. Bland decides which ones of the Receivership Defendant's expenses Cubera pays for.

- Cubera obtains funds used to pay the Receivership Defendant's expenses from the private placement of convertible notes.

- Cubera is in the midst of an over $20 million financing.

32.     Per my request, the Receivership Defendant provided me a list of payments made by Cubera Management, Inc. on behalf of the Receivership Defendant. Attached hereto as Exhibit

---

[2] It should be noted that the Receivership Defendant **did not** list Cubera in its response to the Information Subpoena. *See* ECF No. 103-1.

N is a true and correct copy of the document provided to me by the Receivership Defendant. The document shows that from December 23, 2019 to February 11, 2020, Cubera has paid over $60,000 of expenses for the Receivership Defendant, including:

- $5,000 to Daniel Bland.[3]

- $2,500 to "Bowman Blue LLC (Alex Carvalho)"[4]

- $35,000 to 5Barz India Private Limited. As explained above, employees of 5Barz India Private Ltd. are currently working for Cubera India. So in effect, Cubera is paying 5Barz India Private Ltd. (a Receivership Defendant entity) on the Receivership's entity behalf while these employees perform services for Cubera India.

- $10,000 to The Basile Law Firm.[5]

- $4,200 directly to the Receivership Defendant.

Dated: March 4, 2020
Miami, Florida

ANDREW K. LEVI

---

[3] Daniel Bland is a director of the Receivership Defendant, Cubera International, Inc., and Cubera Management, Inc. (registered in Nevada), and also president, secretary, and treasurer of the Receivership Defendant, president of Cubera International, Inc., president, secretary, and treasurer of Cubera Management, Inc. (registered in Nevada), and CEO of Cubera Management, Inc. (registered in Florida). *See* Exhibits A, B, E, F, and G.

[4] According to Mr. Geoghegan, Alex Carvalho was engaged by the Receivership Defendant to "deal with" its $10 million in debt, and works out of the office shared by the Receivership Defendant and Cubera.

[5] Mr. Basile is counsel of record for the Receivership Defendant. *See* the docket in this action.

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

5BARZ INTERNATIONAL, INC.

**Entity Number:**

E0701762008-0

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

11/14/2008

**NV Business ID:**

NV20081553522

**Termination Date:**

Perpetual

**Annual Report Due Date:**

11/30/2020

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

NEVADA BUSINESS SERVICES

**Status:**

Active

EXHIBIT A

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

1805 N CARSON STREET SUITE X, CARSON CITY, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

ELLEN RAMSEY and/or CLINTON REEVES

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | DANIEL BLAND | 1805 N CARSON ST STE X, CARSON CITY, NV, 89701, USA | 01/19/2018 | Active |
| Secretary | DANIEL BLAND | 1805 N CARSON ST STE X, CARSON CITY, NV, 89701, USA | 01/19/2018 | Active |
| Treasurer | DANIEL BLAND | 1805 N CARSON ST STE X, CARSON CITY, NV, 89701, USA | 01/19/2018 | Active |
| Director | DR. GIL AMELIO | 1805 N CARSON ST. SUITE X, CARSON CITY, NV, 89701, USA | 01/19/2018 | Active |

**Page 1 of 1, records 1 to 4 of 4**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|--------------|------|--------------|-------|
| | Authorized | 600,000,000 | 0.001000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**600,000**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Foreign Profit Corporation
5BARZ INTERNATIONAL INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F14000001057 |
| **FEI/EIN Number** | 26-4343002 |
| **Date Filed** | 03/06/2014 |
| **State** | NV |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 06/13/2019 |

**Principal Address**

78 SW 7th Street
Ste. 09-149
Miami, FL 33130

Changed: 06/13/2019

**Mailing Address**

78 SW 7th Street
Ste. 09-149
Miami, FL 33130

Changed: 06/13/2019

**Registered Agent Name & Address**

GEOGHEGAN, MARK
78 SW 7th Street
Ste. 09-149
Miami, FL 33130

Name Changed: 01/13/2016

Address Changed: 06/13/2019

**Officer/Director Detail**

**Name & Address**

Title Chairman of the Board

AMELIO, GIL
78 SW 7th Street

<div style="border:2px solid black; display:inline-block; padding:4px;"><strong>EXHIBIT B</strong></div>

Detail by Entity Name

78 SW 7th Street
Ste. 09-149
Miami, FL 33130

Title CEO, CFO, Director

Bland, Daniel
78 SW 7th Street
Ste. 09-149
Miami, FL 33130

Title Director of Finance

Geoghegan, Mark
78 SW 7th Street
Ste. 09-149
Miami, FL 33130

### Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2017 | 03/31/2017 |
| 2018 | 06/13/2019 |
| 2019 | 06/13/2019 |

### Document Images

| | |
|---|---|
| 06/13/2019 -- REINSTATEMENT | View image in PDF format |
| 10/12/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 05/15/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/31/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/13/2016 -- REINSTATEMENT | View image in PDF format |
| 03/06/2014 -- Foreign Profit | View image in PDF format |

Florida Department of State, Division of Corporations

F140000001057

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

┌─────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────┘

Office Use Only

**EXHIBIT C**



800257356408

03/06/14--01016--008   **78.75

14 MAR -5  PM 12: 00

# COVER LETTER

**TO:**   New Filing Section
Division of Corporations

**SUBJECT:** 5BARZ INTERNATIONAL, INC.
_____
Name of corporation - must include suffix

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida," "Certificate of Existence," or "Certificate of Good Standing" and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

**MARK GEOGHEGAN**
_____
Name of Person

**5BARZ INTERNATIONAL, INC.**
_____
Firm/Company

**1111 BRICKELL AVENUE, SUITE 1175**
_____
Address

**MIAMI, FL 33131**
_____
City/State and Zip code

**MG@5BARZ.COM**
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

**MARK GEOGHEGAN**   at ( **305** )  **913-7151**
_____
Name of Person          Area Code & Daytime Telephone Number

**STREET/COURIER ADDRESS:**          **MAILING ADDRESS:**
New Filing Section                    New Filing Section
Division of Corporations              Division of Corporations
Clifton Building                      P.O. Box 6327
2661 Executive Center Circle          Tallahassee, FL  32314
Tallahassee, FL  32301

Enclosed is a check for the following amount:

☐ $70.00 Filing Fee   ☐ $78.75 Filing Fee &   ☑ $78.75 Filing Fee &   ☐ $87.50 Filing Fee,
                         Certificate of Status      Certified Copy          Certificate of Status &
                                                                            Certified Copy

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. **5BARZ INTERNATIONAL INC.**
_____
(Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION," "Inc.," "Co.," "Corp," "Inc," "Co," or "Corp.")

_____
(If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. **NEVADA**
(State or country under the law of which it is incorporated)

3. **26-4343002**
(FEI number, if applicable)

4. **11/14/2008**
(Date of incorporation)

5. _____
(Duration: Year corp. will cease to exist or "perpetual")

6. _____
(Date first transacted business in Florida, if prior to registration)
(SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. **1805 N. CARSON STREET, CARSON CITY, NV 89701**
(Principal office address)

**1111 BRICKELL AVE, 11TH FLOOR, MIAMI, FL 33131**
(Current mailing address)

8. **Wireless Technology**
(Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. Name and street address of Florida registered agent: (P.O. Box NOT acceptable):

Name: **MARK GEOGHEGAN**

Office Address: **1111 BRICKELL AVENUE, 11TH FLOOR**

**MIAMI** , Florida **33131**
(City)          (Zip code)

10. **Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

_____
(Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

12. Names and business addresses of officers and/or directors:

**A. DIRECTORS**

Chairman:  Gil  Amelio

Address:  1111  Brickell  Ave.  11th Floor

Miami, FL  33131

Vice Chairman: _____

Address: _____

Director:  **DANIEL BLAND**

Address:  1218 Third Avenue, Suite 505

Seattle, Washington 98101

Director: _____

Address: _____

**B. OFFICERS**

President:  **DANIEL BLAND**

Address:  1218 Third Avenue, Suite 505

Seattle, Washington 98101

Vice President: _____

Address: _____

Secretary:  **DANIEL BLAND**

Address:  1218 Third Avenue, Suite 505, Seattle, Washington 98101

Treasurer:  **DANIEL BLAND**

Address:  1218 Third Avenue, Suite 505, Seattle, Washington 98101

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _____

Signature of Director or Officer

The officer or director signing this document (and who is listed in number 12 above) affirms that the facts stated herein are true and that he or she is aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

14. **DANIEL BLAND**

(Typed or printed name and capacity of person signing application)



## CERTIFICATE OF EXISTENCE
## WITH STATUS IN GOOD STANDING

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **5BARZ INTERNATIONAL, INC.**, as a corporation duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since November 14, 2008, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on February 28, 2014.

ROSS MILLER
Secretary of State

Electronic Certificate
Certificate Number: C20140228-0833
You may verify this electronic certificate
online at **http://www.nvsos.gov/**

## 2019  FOREIGN PROFIT CORPORATION REINSTATEMENT

DOCUMENT# F14000001057

**Entity Name: 5BARZ INTERNATIONAL INC.**

**FILED**
**Jun 13, 2019**
**Secretary of State**
**9323642723CR**

**Current Principal  Place of Business:**

78 SW 7TH STREET
STE. 09-149
MIAMI, FL  33130

**Current Mailing Address:**

78 SW 7TH STREET
STE. 09-149
MIAMI, FL  33130  US

**FEI Number: 26-4343002**

**Certificate of Status Desired:  No**

**Name and Address of Current Registered Agent:**

GEOGHEGAN, MARK
78 SW 7TH STREET
STE. 09-149
MIAMI, FL  33130  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | MARK GEOGHEGAN | | 06/13/2019 |
|---|---|---|---|
| | Electronic Signature of Registered Agent | | Date |

**Officer/Director Detail :**

| Title | CHAIRMAN OF THE BOARD | Title | CEO, CFO, DIRECTOR |
|---|---|---|---|
| Name | AMELIO, GIL | Name | BLAND, DANIEL |
| Address | 78 SW 7TH STREET STE. 09-149 | Address | 78 SW 7TH STREET STE. 09-149 |
| City-State-Zip: | MIAMI  FL  33130 | City-State-Zip: | MIAMI  FL  33130 |

| Title | DIRECTOR OF FINANCE |
|---|---|
| Name | GEOGHEGAN, MARK |
| Address | 78 SW 7TH STREET STE. 09-149 |
| City-State-Zip: | MIAMI  FL  33130 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath, that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes, and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: | DANIEL BLAND | CEO | 06/13/2019 |
|---|---|---|---|
| | Electronic Signature of Signing Officer/Director Detail | | Date |



**EXHIBIT D**

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

CUBERA INTERNATIONAL, INC.

**Entity Number:**

E3587152019-4

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

12/17/2019

**NV Business ID:**

NV20191666461

**Termination Date:**

Perpetual

**Annual Report Due Date:**

12/31/2020

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

SPRING VALLEY SOLUTIONS, LLC

**Status:**

Active

**EXHIBIT E**

**CRA Agent Entity Type:**

CRA - Limited-Liability Corporation

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20161551470

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

4955 S DURANGO DR STE 165, LAS VEGAS, NV, 89113, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | Daniel Bland | 78 SW 7th Street, Suite 09-149, Miami, FL, 33130, USA | 12/17/2019 | Active |
| Director | Daniel Bland | 78 SW 7th Street, Suite 09-149, Miami, FL, 33130, USA | 12/17/2019 | Active |
| Director | Gil Amelio | 78 SW 7th Street, Suite 09-149, Miami, FL, 33130, USA | 12/17/2019 | Active |
| Director | Samartha Nagabhushanam | 78 SW 7th Street, Suite 09-149, Miami, FL, 33130, USA | 12/17/2019 | Active |
| Other/ | Daniel Bland | 78 SW 7th Street, Suite 09-149, Miami, FL, 33130, USA | 12/17/2019 | Active |

Nevada eSOS

< Previous    ...    1   [2]   ...   Next >   Page 1 of 2, records 1 to 5 of 7   [          ]   Go to Page

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
|  | Authorized | 150,000,000 | 0.0001 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**150,000**

|  | Filing History | Name History | Mergers/Conversions |
|---|---|---|---|

Return to Search        Return to Results

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

CUBERA MANAGEMENT INC.

**Entity Number:**

E0106412016-8

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

03/07/2016

**NV Business ID:**

NV20161138982

**Termination Date:**

Perpetual

**Annual Report Due Date:**

3/31/2020

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

NEVADA BUSINESS SERVICES

**Status:**

Active

**EXHIBIT F**

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

1805 N CARSON STREET SUITE X, CARSON CITY, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

ELLEN RAMSEY and/or CLINTON REEVES

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | DANIEL BLAND | 5535 PEREGRINE WAY, BLAINE, WA, 98230, USA | 01/02/2018 | Active |
| Secretary | DANIEL BLAND | 5535 PEREGRINE WAY, BLAINE, WA, 98230, USA | 01/02/2018 | Active |
| Treasurer | DANIEL BLAND | 5535 PEREGRINE WAY, BLAINE, WA, 98230, USA | 01/02/2018 | Active |
| Director | DANIEL BLAND | 5535 PEREGRINE WAY, BLAINE, WA, 98230, USA | 01/02/2018 | Active |

**Page 1 of 1, records 1 to 4 of 4**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 10,000,000 | 0.001000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Nevada eSOS

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**10,000**

Filing History          Name History          Mergers/Conversions

Return to Search      Return to Results

3/3/2020                                                    Detail by Entity Name

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Florida Profit Corporation
CUBERA MANAGEMENT, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P17000056779 |
| **FEI/EIN Number** | 82-2075951 |
| **Date Filed** | 06/30/2017 |
| **Effective Date** | 06/28/2017 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 10/29/2019 |
| **Event Effective Date** | 10/29/2019 |

**Principal Address**

78 SW 7th Street
Suite 09-149
MIAMI, FL 33130

Changed: 10/29/2019

**Mailing Address**

78 SW 7th Street
Suite 09-149
MIAMI, FL 33130

Changed: 10/29/2019

**Registered Agent Name & Address**

GEOGHEGAN, MARK
78 SW 7th Street
Suite 09-149
MIAMI, FL 33130

Name Changed: 10/16/2018

Address Changed: 10/16/2018

**Officer/Director Detail**

**Name & Address**

**EXHIBIT G**

Detail by Entity Name

Title CEO

BLAND, DANIEL
5535 PEREGRINE WAY
BLAINE, WA 98230

Title CFO

GEOGHEGAN, MARK
7000 ISLAND BLVD. SUITE 212
AVENTURA, FL 33160

Title Chairman

Amelio, Gil, Dr.
5940 Lake Geneva Drive
Reno, NV 89511

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 10/16/2018 |
| 2019 | 10/23/2019 |
| 2019 | 11/14/2019 |

Document Images

| | |
|---|---|
| 11/14/2019 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 10/29/2019 -  Amendment and Name Change | View image in PDF format |
| 10/23/2019 -- REINSTATEMENT | View image in PDF format |
| 10/16/2018 -- REINSTATEMENT | View image in PDF format |
| 06/30/2017 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# Electronic Articles of Incorporation For

P17000056779
FILED
**June 30, 2017**
**Sec. Of State**
tscott

5BARZ TECHNOLOGY HOLDINGS INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

5BARZ TECHNOLOGY HOLDINGS INC.

## Article II

The principal place of business address:

1805 N. CARSON STREET
SUITE X
CARSON CITY, NV. US 89701

The mailing address of the corporation is:

801 BRICKELL AVE.
9TH FLOOR
MIAMI, FL. US 33131

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

600,000,000

## Article V

The name and Florida street address of the registered agent is:

MARK GEOGHEGAN
801 BRICKELL AVE.
9TH FLOOR
MIAMI, FL. 33131

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature: MARK GEOGHEGAN

**EXHIBIT H**

P17000056779
FILED
June 30, 2017
Sec. Of State
tscott

## Article VI

The name and address of the incorporator is:

MARK GEOGHEGAN
801 BRICKELL AVE.
9TH FLOOR
MIAMI, FL 33131

Electronic Signature of Incorporator:   MARK GEOGHEGAN

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  CEO
DANIEL  BLAND
5535 PEREGRINE WAY
BLAINE, WA.  98230  US

Title:  D
MARK  GEOGHEGAN
7000 ISLAND BLVD. SUITE 212
AVENTURA, FL.  33160  US

## Article VIII

The effective date for this corporation shall be:

06/28/2017

# P17000056779

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



900336367719

2019 OCT 29 AM 9: 24

2019 OCT 29 AM 4: 02

**EXHIBIT I**

OCT 3 0 2019
C. Kinsey



# FLORIDA FILING & SEARCH SERVICES, INC.
## P.O. BOX 10662  TALLAHASSEE, FL  32302
### 155 Office Plaza Dr  Ste A  Tallahassee FL  32301
### PHONE:  (800) 435-9371;  FAX:  (866) 860-8395

DATE:      10/29/19

NAME:      5BARZ TECHNOLOGY HOLDINGS INC.

TYPE OF FILING:   AMENDMENT

COST:      52.50

RETURN:   CERTIFIED COPY AND GOOD STANDING PLEASE

ACCOUNT:  FCA000000015

AUTHORIZATION:   ABBIE/PAUL HODGE

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** 5BARz Technology Holdings Inc.

**DOCUMENT NUMBER:** P17000056779

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Mr. Mark Geoghegan
_____
Name of Contact Person

5BARz International, Inc.
_____
Firm/ Company

78 SW 7th Street, Suite 09-149
_____
Address

Miami, Florida, 33130
_____
City/ State and Zip Code

mg@5barz.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Mark Geoghegan                                    305        900-8302
_____  at ( _____ ) _____
Name of Contact Person                    Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☐ $35 Filing Fee     ☐ $43.75 Filing Fee &     ☐ $43.75 Filing Fee &     ☑ $52.50 Filing Fee
                        Certificate of Status      Certified Copy              Certificate of Status
                                                   (Additional copy is         Certified Copy
                                                   enclosed)                    (Additional Copy
                                                                                is enclosed)

**Mailing Address**                          **Street Address**
Amendment Section                            Amendment Section
Division of Corporations                     Division of Corporations
P.O. Box 6327                                Clifton Building
Tallahassee, FL 32314                        2661 Executive Center Circle
                                             Tallahassee, FL 32301

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

5BARz Technology Holdings Inc.

_____
**(Name of Corporation as currently filed with the Florida Dept. of State)**

P17000056779

_____
(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this **_Florida Profit Corporation_** adopts the following amendment(s) to
its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

Cubera Management, Inc.
_____ _The  new
name  must  be  distinguishable  and  contain  the  word  "corporation,"  "company,"  or  "incorporated"  or  the  abbreviation
"Corp.,"  "Inc.,"  or  Co.,"  or  the  designation  "Corp.,"  "Inc.,"  or  "Co".   A  professional  corporation  name  must  contain  the
word  "chartered,"  "professional  association,"  or  the  abbreviation  "P.A."_

**B.  Enter new principal office address, if applicable:**       78 SW 7th Street, Suite 09-149
**(Principal office address _MUST BE A STREET ADDRESS_ )**
                                                                Miami, Florida

                                                                33130

**C.  Enter new mailing address, if applicable:**
    **(Mailing address _MAY BE A POST OFFICE BOX_)**             Same as above


**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the
    new registered agent and/or the new registered office address:**

    _Name of New Registered Agent_    _____

                                      _____
                                                (Florida street address)

    _New Registered Office Address_:  _____, Florida_____
                                                (City)                        (Zip Code)


**New Registered Agent's Signature, if changing Registered Agent:**
_I hereby accept the appointment as registered agent   I am familiar with and accept the obligations of the position._


                                      _____
                                          _Signature of New Registered Agent, if changing_


**Page 1 of 4**

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:

*(Attach additional sheets, if necessary)*

*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer.  If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner.  Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 2) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 3) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 4) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 5) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 6) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |

E. **If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets, if necessary).* *(Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

F. **If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
   *(if not applicable, indicate N/A)*

_____

_____

_____

_____

_____

_____

_____

_____

October 29, 2019

**The date of each amendment(s) adoption:** _____, if other than the date this document was signed.

October 29, 2019

**Effective date if applicable:** _____

*(no more than 90 days after amendment file date)*

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)**          **(CHECK ONE)**

☐ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

*(voting group)*

☒ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

October 29, 2019

Dated_____

Signature _____

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

Daniel Bland

_____

(Typed or printed name of person signing)

CEO / Director

_____

(Title of person signing)

**2019  FLORIDA PROFIT CORPORATION AMENDED ANNUAL REPORT**

DOCUMENT# P17000056779

Entity Name: CUBERA MANAGEMENT, INC.

**Current Principal  Place of Business:**

78 SW 7TH STREET
 SUITE 09-149
MIAMI, FL  33130

**Current Mailing Address:**

78 SW 7TH STREET
 SUITE 09-149
MIAMI, FL  33130  US

**FEI Number: 82-2075951**

**Name and Address of Current Registered Agent:**

GEOGHEGAN, MARK
78 SW 7TH STREET
 SUITE 09-149
MIAMI, FL  33130  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  **MARK GEOGHEGAN**                                                                    11/14/2019

Electronic Signature of Registered Agent                                                     Date

**Officer/Director Detail :**

| Title | CEO | | Title | CFO |
|-------|-----|--|-------|-----|
| Name | BLAND, DANIEL | | Name | GEOGHEGAN, MARK |
| Address | 5535 PEREGRINE WAY | | Address | 7000 ISLAND BLVD. SUITE 212 |
| City-State-Zip: | BLAINE  WA  98230 | | City-State-Zip: | AVENTURA  FL  33160 |

| Title | CHAIRMAN |
|-------|----------|
| Name | AMELIO, GIL  DR. |
| Address | 5940 LAKE GENEVA DRIVE |
| City-State-Zip: | RENO  NV  89511 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL BLAND                                    CEO / DIRECTOR              11/14/2019

Electronic Signature of Signing Officer/Director Detail                               Date

**FILED**
**Nov 14, 2019**
**Secretary of State**
**5929381287CC**

Certificate of Status Desired: No

**EXHIBIT J**

| | Receivership Defendant (5Barz International, Inc.) | Cubera International, Inc. | Cubera Management Inc. (Nevada) | Cubera Management, Inc. (FL) – previously 5Barz Technology Holdings, Inc.* |
|---|---|---|---|---|
| Date and State of Incorporation | 11/14/2008 Nevada | 12/17/2019 Nevada | 3/7/2016 Nevada | As 5Barz Technology Holdings, Inc. 6/28/2017 Florida |
| Date and State of Registration in Another State | 3/6/2014 Florida | Not registered in Florida | | |
| Current Registered Agent | Nevada Business Services 1805 N. Carson Street, Suite X, Carson City, NV, 89701 Individuals with authority to act are Ellen Ramsey and/or Clinton Reeves | Spring Valley Solutions, LLC 4955 S. Durango Dr., Ste. 165, Las Vegas, NV, 89113 | Nevada Business Services 1805 N. Carson Street, Suite X, Carson City, NV, 89701 Individuals with authority to act are Ellen Ramsey and/or Clinton Reeves | Mark Geoghegan 78 SW 7th Street, Suite 09-149, Miami, Florida 33130 |
| Current Directors | Nevada: • Gil Amelio Florida: • Gil Amelio • Daniel Bland | Nevada: • Gil Amelio • Daniel Bland • Samartha Nagabhushanam | Nevada: • Daniel Bland | Florida: • Gil Amelio |
| Current Officers | Nevada: • Daniel Bland (president, secretary, and treasurer) Florida: • Daniel Bland (CEO, CFO) • Mark Geoghegan (Director of Finance) | Nevada: • Daniel Bland (president) | Nevada: • Daniel Bland (president, secretary, and treasurer) | Florida: • Daniel Bland (CEO) • Mark Geoghegan (CFO) |
| Current address for officers and directors | Nevada: 1805 N. Carson Street, Suite X, Carson City, NV, 89701 | Nevada: 78 SW 7th Street, Suite 09-149, Miami, Florida 33130 | Nevada: Blaine, WA | |
| Current principal place of business and mailing address | Florida: 78 SW 7th Street, Ste. 09-149 Miami, Florida 33130 | | | Florida: 78 SW 7th Street, Suite 09-149, Miami, Florida 33130 |
| Note | | | | *Changed name to Cubera Management, Inc. on 10/29/2019 |

**EXHIBIT K**

2/25/2020                     5BARz International Inc. (fka BARZ): Have you not noticed that Cubera shares have



Support: 888-992-3836 | NewsWire | Home | Login / Register

Join iHub today - FREE!

**Click Here**

| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

E✱TRADE Sign up now.     Get Quote          E✱TRADE Open an account.     Search iHub

Take on the markets w/ confidence. E*TRADE's easy to use tools help make trading quicker & simpler.

I AM NOT JUST A NUMBER I AM A TRADER                                        I AM NOT JUST A NUMBER I AM A TRADER

Home > Boards > US OTC > Delisted > 5BARz International Inc. (fka BARZ)

**Have you not noticed that Cubera shares have**

**Public Reply** | Private          Replies (1) | Next
Reply | Keep | Last Read      Post New Msg      10 | Previous | Next

| | |
|---|---|
|  **zerosum** | **zerosum**     Sunday, 02/23/20     10:22:28 PM     Re: roguewave5 post# 2759     Post # 2760 of 2761     Go |

| Followed By | 20 |
|---|---|
| Posts | 4,479 |
| Boards Moderated | 1 |
| Alias Born | 04/16/13 |

Have you not noticed that Cubera **shares** have shown up in your account? I'm shocked no one has posted anything about this yet. I own 5barz stock like the rest of you, and Cubera shares have shown up in my account. Time to start digging on Cubera guys, and find out what we can. Clearly this is Bland's and Gil's plan being executed (at least in the very early stages) that they mentioned on the conference call several months ago.



Seamlessly connect w/ the markets on the E*TRADE Mobile app

China Lifts Import Restrictions

This site uses cookies to improve your experience.

By continuing to use our site, you agree to our Cookie Policy, Privacy Policy and Terms of Service

OK

**EXHIBIT L**

2/28/2020                          5BARz International Inc. (fka BARZ): Thank you for the reply. That's encouraging news,



Support: 888-992-3836 | NewsWire | Home | Login / Register

Join iHub today - FREE!



| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

 Sign up now.

| Get Quote | | | Sign up now. | Search iHub |

The E*TRADE Mobile app: built for traders on the go

E*TRADE Sign up now.        "I AM A TRADER NOT A NUMBER        I AM NOT JUST A NUMBER I AM A TRADER       E*TRADE Open an account.

Home > Boards > US OTC > Delisted > 5BARz International Inc. (fka BARZ)
Thank you for the reply. That&rsquo;s encouraging news,

**Public Reply** | Private     Post New Msg                    | Replies (1) | Next
Reply | Keep | Last Read                                       10 | Previous | Next



**roguewave5**

| Followed By | 0 |
| Posts | 227 |
| Boards Moderated | 0 |
| Alias Born | 03/23/17 |

roguewave5                  Monday, 02/24/20
                            11:05:17 AM
**Re: zerosum post# 2760**

Post # 2761     of
2764  Go

Thank you for the reply. That's encouraging news,
unfortunately I'm not seeing that in either of my 2
accounts yet. And I'm in about as deep as you are!
But something else is definitely brewing.

https://nam10.safelinks.protection.outlook.com/?
url=https%3A%2F%2Fwww.instafinancials.com%2F
company%2Fcuberatech-india-private-
limited%2FU29100KA2020PTC131958&data=02%7
C01%7C%7Cb22145317cdb4af8862a08d7b9425c2
c%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%
7C0%7C637181566965400211&sdata=QLRuIsRDb
R4cJPz0IkkPFN3PeHAluQ9MWCmn8b0dmIg%3D&
reserved=0

Corey Dias CEO of Anfield...

Take on the markets w/ confidence.
E*TRADE's easy to use tools help make
trading quicker & simpler.

**U.S. Consumer Sentiment Rose**

## Ads help us run this site

When you visit ADVFN plc and it's subsidiaries, pre-selected companies may access
and use certain information on your device and about this site to serve relevant ads or
personalized content.

›  Information that may be used
›  Purposes for storing information

Manage Your Choices

Continue to site

2/28/2020                    5BARz International Inc. (fka BARZ): You probably don't recognize the shares. They



Support: 888-992-3836 | NewsWire | Home | Login / Register

Join iHub today - FREE!



Click Here

| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

E*TRADE Sign up now.

Get Quote

E*TRADE Sign up now.

Search iHub

Same Day Approval For Loans Against OTC Stock - We BUY blocks of OTC stock





E*TRADE Sign up now.

Home > Boards > US OTC > Delisted > 5BARz International Inc. (fka BARZ)
**You probably don't recognize the shares. They**

**Public Reply** | Private          Post New Msg          Replies (1) | Next
Reply | Keep | Last Read                                 10 | Previous | Next

Corey Dias CEO of Anfield...

**zerosum**                    Tuesday, 02/25/20
                               06:28:08 PM

zerosum

| | |
|---|---|
| Followed By | 20 |
| Posts | 4,480 |
| Boards Moderated | 1 |
| Alias Born | 04/16/13 |

Re: roguewave5 post#
2761

**Post #** 2762      of
2764  Go

You probably don't recognize the shares. They are
listed under a CUSSIP number where the stock
symbol is normally listed on your account page.
Check again. The CUSSIP number on mine (I'm in
the USA) have "CNT" in the number. I have/had
BARZ in 3 different accounts and the shares
showed up in all three.

Anyway, hope that helps others.

That link is a great find! Nice digging rogue, well
done. Looks like currently it's a private company in
India, but it's clearly showing it's linked to 5BARZ in
some way.

Get more from your money. Open an
account & invest @ E*TRADE

U.S. Consumer Sentiment Rose

Ads help us run this site

When you visit ADVFN plc and it's subsidiaries, pre-selected companies may access
and use certain information on your device and about this site to serve relevant ads or
personalized content.

  › Information that may be used
  › Purposes for storing information

Manage Your Choices

Continue to site

2/28/2020                    5BARz International Inc. (fka BARZ): You are correct Sir, now in one of

# investorshub

Support: 888-992-3836 | NewsWire | Home | Login / Register

Join iHub today - **FREE!**

**Click Here**

E*TRADE Sign up now.

| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

Get Quote

E*TRADE Sign up now.   Search iHub

Seamlessly connect w/ the markets on the E*TRADE Mobile app

$0 COMMISSIONS E*TRADE     "I AM A TRADER NOT A NUMBER"     TO US YOU ARE A PERSON     $0 COMMISSIONS E*TRADE

Home > Boards > US OTC > Delisted > 5BARz International Inc. (fka BARZ)

**You are correct Sir, now in one of**

**Public Reply** | Private       Post New Msg          Replies (1) | Next
Reply | Keep | Last Read                                   10 | Previous | Next



**roguewave5**

| Followed By | 0 |
| Posts | 227 |
| Boards Moderated | 0 |
| Alias Born | 03/23/17 |

**roguewave5**                 Tuesday, 02/25/20
                               10:27:08 PM

**Re:** zerosum post#
2762

**Post #** 2763      of
2764  Go

You are correct Sir, now in one of my **accounts** I
see some Cubera shares, cusip ending with 3105.
The other account doesn't display the cusip number
but there is a new 5barz holding saying 'XXX
SUBMITTED FOR SPINOFF', with a recent Corp
Action transaction as of 01/29/2020.

Corey Dias CEO of Anfield...

Take on the markets w/ confidence. Start
trading at E*TRADE

U.S. Consumer Sentiment Rose

## Ads help us run this site

When you visit ADVFN plc and it's subsidiaries, pre-selected companies may access
and use certain information on your device and about this site to serve relevant ads or
personalized content.

›  Information that may be used

›  Purposes for storing information

Manage Your Choices

Continue to site

2/28/2020                5BARz International Inc. (fka BARZ): But it does look like a reverse split



Support: 888-992-3836 | NewsWire | Home | **Login / Register**

Join iHub today - FREE!



| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

E✱TRADE Sign up now

Get Quote

E✱TRADE Open an account   Search iHub

Take on the markets w/ confidence. Start trading at E*TRADE

$0 COMMISSIONS E✱TRADE     TO US YOU ARE A PERSON     I AM NOT JUST A NUMBER I AM A TRADER     E✱TRADE Open an account

Home > Boards > US OTC > Delisted > 5BARz International Inc. (fka BARZ)
                                    **But it does look like a reverse split**

**Public Reply** | Private        Post New Msg              **Previous** | Next
Reply | Keep | Last Read



**roguewave5**

| Followed By | 0 |
| Posts | 227 |
| Boards Moderated | 0 |
| Alias Born | 03/23/17 |

roguewave5          Tuesday, 02/25/20
                     10:31:34 PM
**Re:** roguewave5 post#
2763

**Post #** 2764    of
2764  Go

But it does look like a reverse split of 1:13, still,
better than nothing



Take on the markets w/ confidence. Start
trading at E*TRADE

**U.S. Consumer Sentiment Rose**

Ads help us run this site

When you visit ADVFN plc and it's subsidiaries, pre-selected companies may access
and use certain information on your device and about this site to serve relevant ads or
personalized content.

> Information that may be used
> Purposes for storing information

Manage Your Choices

Continue to site

CUBERATECH INDIA PRIVATE LIMITED - U29100KA2020PTC131958

| ☰ InstaSummary | 🖹 InstaDocs | 📊 InstaDetailed | 🔗 InstaCombo |
|---|---|---|---|
| View Sample  Order Now | View Sample  Order Now | View Sample  Order Now | View Sample  Order Now |

New

## Company Overview

Click on update

**CUBERATECH INDIA PRIVATE LIMITED** with CIN **U29100KA2020PTC131958** is a **0.1 Years** old **Private** Unlisted Indian Non-Government Company, registered at **Bangalore (Karnataka)**, with a paid up capital of ₹ industry classification records, the main line of business is **Manufacture Of Machinery And Equipment N.E.C.**

The status of **CUBERATECH INDIA PRIVATE LIMITED** as on date is **Active.**

As on date, **2 Directors and 0 Signatories** are associated with the company.

There are no directors in this company who are "**Disqualified by ROC u/s 164(2)**" or "**DIN is deactivated due to non-filing of DIR-3 KYC (form)**" as everyone filed their KYC promptly.

As per MCA records, company is registered at **# 190; SIRI; Classic Orchards Colony; Behind MeenakshiTemple;Bannerghatta Road; Bangalore; Bangalore; Karnataka; 560076; India**

* All information mentioned above are dependent on the 'Last Updated date' mentioned above top right corner of [Company] block. To get 'Latest (as on date)' information about this company, kindly use [Update

## Company Highlights

| | |
|---|---|
| Company CIN | U29100KA2020PTC131958 |
| Age (Incorp. Date) | **0.1 Years** (24-01-2020) |
| Company Status | **Active** |
| Company Type | Unlisted Private |
| Sub-Category | Indian Non-Government Company |
| Email ID | sivapjabhushanam@cubera.international |
| Company Website | Not Available |
| Industry | Manufacture Of Machinery And Equipment N.E.C. |

| | |
|---|---|
| Paid up Capital | **₹1,000.00** |
| Open Charges | Nil |
| Directors | **Current : 2 ( Past : 0)** |
| Signatories | Nil |
| Last AGM Date | Not Filed till date |
| Balance Sheet Date | Not Filed till date |
| Profit After Tax | Nil |
| Address | # 190, Siri, Classic Orchards Colony Behind MeenakshiTemple, Bannerg Bangalore, Karnataka, 560076 India |

**EXHIBIT M**

### ⊡ Directors Detail

| Email | Name | DIN | Designation | Appointment Date | Capitalization (₹ Lakhs) | Total Directorships | Disquali |
|---|---|---|---|---|---|---|---|
| ✉ | Padmanabharao | 09105080 | Director | 24-01-2020 | ₹13.14 | 03 | |
| ✉ | Deepika Bhargava | 08168981 | Director | 24-01-2020 | ₹0.11 | 02 | |



Source: **https://www.instafinancials.com/company/cuberatech-india-private-limited/U29100KA2020PTC131958**

## Signatories Details

Signatories Details are not available

## Past Directors / Past Signatories

Past Director Details are not available

## Potential Related Party

| Company | Status | Paidup Cap.(₹ in Lakhs) | Charges (₹ in Lakhs) | Industry | Age of Company (Years) | State | No. of Common Director |
|---|---|---|---|---|---|---|---|
| SBARZ INDIA PRIVATE LIMITED | Active | 13.03 | Nil | COMPUTER AND RELATED ACTIVITIES | 5.1 Years | Karnataka | 01 |

## Open Charges / Borrowings

This company does not have any charges or borrowings.

## Locations

EPFO Details are not available for this company

## ⊟ Directors Info and Other Directorships

### Padmanabharao - (DIN : 08105080)

| Field | |
|---|---|
| Age | |
| PAN Number | |
| E-mail | |
| Designation | |
| Nationality | |

No. of directorship
Total Capitalization
Average Capitalization

**Subscribe to avail this information**

Subscribe

Address

| Current Company | Status | Paidup Cap. (₹ in Lakhs) | Charges (₹ in Lakhs) | Appointment Date | Industry | Age of Company (Years) | State | No Co Dir |
|---|---|---|---|---|---|---|---|---|
| SBARZ INDIA PRIVATE LIMITED | Active | 13.03 | Nil | 08-04-2018 | COMPUTER AND RELATED ACTIVITIES | 5.1 Years | Karnataka | |
| CUBERATECH INDIA PRIVATE LIMITED | Active | 0.01 | Nil | 24-01-2020 | MANUFACTURE OF MACHINERY AND EQUIPMENT N.E.C. | 0.1 Years | Karnataka | |

| Past Company | Paidup Capital | Charges | Appointment Date | Cessation Date | Industry | Age o (Year |
|---|---|---|---|---|---|---|
| VECREAR TECHNOLOGIES PRIVATE LIMITED | 10000 | Click | 17-05-2018 | - | COMPUTER AND RELATED ACTIVITIES | 1.9 Ye |

Deepika Bhargava - (DIN : 08168931)

| | |
|---|---|
| Age | - |
| PAN Number | - |
| E-mail | - |
| Designation | - |
| Nationality | - |

No of directorship

Total Capitalization
Average Capitalization

Subscribe to avail this information

[Subscribe]

Address

| Current Company | Status | Paidup Cap. (₹ in Lakhs) | Charges (₹ in Lakhs) | Appointment Date | Industry | Age of Company (Years) | State | No Con Dir |
|---|---|---|---|---|---|---|---|---|
| CUBERATECH INDIA PRIVATE LIMITED | Active | 0.01 | Nil | 24-01-2020 | MANUFACTURE OF MACHINERY AND EQUIPMENT N.E.C. | 0.1 Years | Karnataka | |

| Past Company | Paidup Capital | Charges | Appointment Date | Cessation Date | Industry | Age c (Year |
|---|---|---|---|---|---|---|
| VECREAR TECHNOLOGIES PRIVATE LIMITED | 10000 | Click | 07-07-2018 | - | COMPUTER AND RELATED ACTIVITIES | 1.9 Ye |

Records of payments made by Cubera Management, Inc on behalf of SBarz International, Inc (Include SBarz India and Cellynx)
December 23, 2019 - February 24, 2020

| Type | Date | Num | Name | Memo | Split | | Amount |
|------|------|-----|------|------|-------|---|--------|
| Check | 12/23/2019 | | Capital One Bank | Wire Transfer fee Bank Charges | 1666 | Due from SBARz International | 15.00 |
| General Journal | 12/24/2019 | 122419 | SBARZ International | Funds Transfer to Daniel Bland | 1667 | Due from SBARz International | 5,000.00 |
| Check | 12/24/2019 | | Capital One Bank | Wire Transfer fee Bank Charges | 1668 | Due from SBARz International | 25.00 |
| Check | 12/27/2019 | | Capital One Bank | Wire Transfer fee Bank Charges | 1669 | Due from SBARz International | 15.00 |
| Check | 1/2/2020 | | Capital One Bank | Wire Transfer fee Bank charges | 1672 | Due from SBARz International | 15.00 |
| General Journal | 1/6/2020 | 1061 | SBARZ International | Funds Transfer to Bowman Blue LLC (Alex Carvalho) | 1673 | Due from SBARz International | 2,500.00 |
| Check | 1/6/2020 | | Capital One Bank | Wire Transfer fee Bank charges | 1674 | Due from SBARz International | 25.00 |
| General Journal | 1/9/2020 | 1091 | SBARz India Private Limited | Payment to SBarz India | 1662 | Due from SBarz India | 15,000.00 |
| Check | 1/9/2020 | | Capital One Bank | Wire Transfer fee Bank Charges | 1662 | Due from SBarz India | 40.00 |
| Check | 1/10/2020 | | Capital One Bank | Wire Transfer fee Bank charges | 1674 | Due from SBARz International | 25.00 |
| General Journal | 1/10/2020 | 1102 | SBARZ International | Funds Transfer to The Basille Law Firm | 1674 | Due from SBARz International | 6,500.00 |
| General Journal | 1/21/2020 | 1212 | Cellynx Inc | Funds Transfer to Fish IP Law | 1610 | Due from Cellynx | 3,000.00 |
| General Journal | 1/27/2020 | 1272 | SBARZ International | Funds Transfer to The Basille Law Firm | 1674 | Due from SBARz International | 3,500.00 |
| General Journal | 1/29/2020 | 1291 | SBARz India Private Limited | Payment to SBarz India | 1662 | Due from SBarz India | 20,000.00 |
| General Journal | 2/4/2020 | 2043 | SBARZ International | Funds Transfer to SBarz International | 1674 | Due from SBARz International | 4,200.00 |
| General Journal | 2/11/2020 | 2113 | SBARZ International | Payment to Mira Mesa Storage | 1674 | Due from SBARz International | 547.00 |
| **TOTAL** | | | | | | | **60,407.00** |

EXHIBIT N