```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BLUE CITI LLC,

                Plaintiff,

        -against-

5BARZ INTERNATIONAL INC.,

                Defendant.
------------------------------------------------------------- X

16-CV-9027 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 4, 2020, Receiver filed an emergency motion to expand the receivership (Dkt. 129);

WHEREAS on March 5, 2020 third-party EMA Financial LLC filed a motion to intervene in this case (Dkt. 131);

WHEREAS on March 10, 2020, Defendant filed a letter motion requesting that the Court "sua sponte vacate all judgments and orders hereto before made," and requesting an emergency conference (Dkt. 133);

IT IS HEREBY ORDERED THAT:

1. The motion to expand the receivership is GRANTED.

2. The parties are directed to respond to the pending motion to intervene no later than **April 17, 2020**, indicating why the Court should not permit EMA Financial LLC to intervene in this case.

3. The request for an emergency conference is DENIED.  Defendant may file a motion to vacate a final judgment under Federal Rule of Civil Procedure 60(b) by **April 30, 2020**. If Defendant makes such a motion, Plaintiff's opposition is due by **May 22, 2020**.

The Clerk of Court is respectfully directed to close the open motions at docket entries 129 and 133.

**SO ORDERED.**

Date: **March 30, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**