USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

BLUE CITI LLC,

                           Plaintiff,

            -against-

5BARZ INTERNATIONAL INC.,

                         Defendant.

------------------------------------------------------------- X

16-CV-9027 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 5, 2020 third-party EMA Financial LLC filed a motion to intervene in this case (Dkt. 131);

WHEREAS on March 30, 2020, the Court directed the parties to respond to the motion no later than April 17, 2020, indicating why the Court should not permit EMA Financial LLC to intervene in this case (Dkt. 141);

WHEREAS neither party responded to the motion to intervene;

IT IS HEREBY ORDERED THAT:  The motion to intervene is GRANTED.  The Clerk of Court is respectfully directed to close the open motion at docket entry 131.

**SO ORDERED.**

**Date: April 21, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**