```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
BLUE CITI LLC,  :
  :
                    Plaintiff,  :
  :      16-CV-9027 (VEC)
     -against-  :
  :      <u>ORDER</u>
5BARZ INTERNATIONAL INC.,  :
  :
                   Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 4, 2021, the Court ordered Defendant to submit an update on the status of the bankruptcy case by November 5, 2021, Dkt. 154;

       WHEREAS on November 8, 2021, the Court emailed counsel for all parties indicating that it had not yet received an update and directing Defendant to submit its update no later than November 6, 2021; and

       WHEREAS the Court received an automated email response from Jacob Pargament of GS2, counsel for Intervenor Plaintiff, EMA Financial, LLC, indicating that he is no longer with the firm;

       IT IS HEREBY ORDERED that counsel from GS2 must, no later than **November 10, 2021**, file a notice of appearance in this case.

       IT IS FURTHER ORDERED that Jacob Pargament must, no later than **November 11, 2021**, withdraw as counsel in this case.

**SO ORDERED.**

Date: November 9, 2021
       New York, New York

                                                 **VALERIE CAPRONI**
                                         **United States District Judge**