```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BLUE CITI LLC,

                          Plaintiff,

              -against-

5BARZ INTERNATIONAL INC.,

                         Defendant.
------------------------------------------------------------- X

16-CV-9027 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 8, 2021, the Court ordered Defendant to submit an update on the status of the bankruptcy case by no later than May 9, 2022, Dkt. 156;

    WHEREAS on May 10, 2022, the Court emailed counsel for all parties indicating that it had not yet received an update and directing Defendant to submit its update by no later than May 11, 2022; and

    WHEREAS the Court has not received a response to its email, nor has an update been filed on the docket.

    IT IS HEREBY ORDERED that the Court extends the deadline to file an update on the status of the bankruptcy case *nunc pro tunc* to **Monday, May 24, 2022**.  Failure to file the update may result in the Court entering an order to show cause why sanctions should not be imposed against counsel for failure to comply with the Court's orders.

**SO ORDERED.**

**Date:  May 20, 2022**
       **New York, New York**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**